## 44314. CORLEY et al. v. HARDEN et al.
(357 SE2d 98)

PER CURIAM.

This case is controlled by *White v. Legodais*, 249 Ga. 849 (295 SE2d 99) 1982).

*Judgment affirmed. All the Justices concur, except Smith, J., who dissents.*

DECIDED APRIL 30, 1987.

*Mathews, Knight & Harwell, Ronald H. Harwell*, for appellants.
*Wood, Odom & Edge, D. Scott Cummins*, for appellees.